UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | | Case No.: | 19-19263 |
|---|---|---|---|
| Gelen Agbay | | Chapter: | 7 |
| | | Judge: | VFP |

## NOTICE OF PROPOSED ABANDONMENT

_____Nancy Isaacson_____, _____Chapter 7 Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____Vincent F. Papalia_____ on _____July 23, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:   1 Leopold Terrace
Clifton, NJ
Value : $330,000.00

Liens on property:   Federal Home Loan Mortgage
$421,942.00

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:   Nancy Isaacson

Address:   75 Livingston Avenue, Suite 301, Roseland, NJ  07068-3701

Telephone No.: (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-19263-VFP
Gelen Agbay                                                           Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jun 20, 2019
                             Form ID: pdf905       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
```
db           +Gelen Agbay,   1 Leopold Terrace,   Clifton, NJ 07011-2425
cr           +Nissan Motor Acceptance Corp,   Stewart Zimen& Jungers, Ltd,   2860 Patton Rd,
              Roseville, MN 55113-1100
518229929    +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
518230585    +Arthur Gabay,   1 Leopold Terrace,   Clifton, NJ 07011-2425
518229930    +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
518229932    +Citibank,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
518229933    +Citicards/ Citibank,   Po Box 6217,   Sioux Falls, SD 57117-6217
518229935    +Costco Anywhere Visa Card/Citi,   Po Box 6190,   Sioux Falls, SD 57117-6190
518229937    +Federal Home Loan Mortgage,   as Trustee for The Benefit Credit Trust,   Parker McCay PA,
              PO Box 5054,   Mount Laurel, NJ 08054-5054
518229938    +Hackensack University Medical Center,   30 Prospect Avenue,   Hackensack, NJ 07601-1915
518229941    +Macys/Deptartment Store National Bank,   Attn: Bankruptcy,   9111 Duke Boulevard,
              Mason, OH 45040-8999
518229942    +My Place Rewards/Comenity,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
518229943    +Nissan Motor Acceptance,   Attn: Bankruptcy Dept,   Po Box 660360,   Dallas, TX 75266-0360
518229944    +Parker McCay,   9000 Midlantic Drive, Suite 300,   PO Box 5054,   Mount Laurel, NJ 08054-5054
518229945    +Specialized Loan Servicing/SLS,   Attn: Bankruptcy Dept,   8742 Lucent Blvd #300,
              Highlands Ranch, CO 80129-2386
518229946    +St. Josephs Lab,   1135 Broad Street,   Clifton, NJ 07013-3346
518229948    +Systems & Services Technologies/Best Egg,   Attn: Bankruptcy,   4315 Pickett Road,
              Saint Joseph, MO 64503-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2019 23:45:40     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2019 23:45:37     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 23:48:19
              Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518229928    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 23:48:44     American Eagle/Syncb Bank,
              Attn: Bankruptcy,   Po Box 965064,   Orlando, FL 32896-5064
518229931    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2019 23:48:53     Capital One,
              Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518229934    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 20 2019 23:45:20     Comenity Capital/IDD,
              Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
518229936     E-mail/Text: mrdiscen@discover.com Jun 20 2019 23:44:51     Discover Financial,
              Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
518229939    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 23:49:14     JC Penneys/Synchrony Bank,
              Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
518229940    +E-mail/Text: bk@lendingclub.com Jun 20 2019 23:46:02     LendingClub,   Attn: Bankruptcy,
              71 Stevenson St, Ste 1000,   San Francisco, CA 94105-2967
518231478    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 23:48:45     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518229947    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 23:48:18     Synchrony Bank/Luxury,
              Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518229949    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 23:48:19     TJ Max/Synchrony Bank,
              Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
518229950     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 20 2019 23:45:20
              Victoria Secret/Comenity Bank,   PO Box 18215,   Columbus, OH 43218
```
                                                                              TOTAL: 13

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Jun 20, 2019
                             Form ID: pdf905           Total Noticed: 30

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
      the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-2 dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Nancy Isaacson    nisaacson@greenbaumlaw.com,   isaacson@remote7solutions.com;J101@ecfcbis.com
      Nicholas Fitzgerald    on behalf of Debtor Gelen  Agbay nickfitz.law@gmail.com
      Rebecca Ann Solarz    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
      for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-2 rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                    TOTAL: 5